# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Lorri Poe,<br><br>　　　Plaintiff,<br>v.<br><br>Healthcare Revenue Recovery Group, LLC,<br><br>　　　Defendant. | Case No.: 08-CV-2686<br><br>Judge Guzman<br><br>Magistrate Judge Schenkier |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Healthcare Revenue Recovery Group, LLC

| |
|---|
| NAME:  Stephen D. Vernon |
| SIGNATURE:  s/ *Stephen D. Vernon* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288676 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　YES ☐　　NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　YES ☐　　NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　YES ☐　　NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ☐　NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

6326040v1 838180

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 4, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                        HINSHAW & CULBERTSON LLP

Stephen D. Vernon                               s/ *Stephen D. Vernon*
HINSHAW & CULBERTSON LLP             Stephen D. Vernon
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
svernon@hinshawlaw.com

6326040v1 838180

**CERTIFICATE OF SERVICE**

  I hereby certify that on **June 4, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                    HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *David M. Schultz* |
| HINSHAW & CULBERTSON LLP | David M. Schultz |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – fax | |
| dschultz@hinshawlaw.com | |

6326040v1 838180