IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORRI POE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2686 |
| v. | ) | |
| | ) | Judge Guzman |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Unopposed Motion For Enlargement of Time, a copy of which are hereby served upon you.

By: /s/*Stephen D. Vernon*

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

### CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on or before 5:00 p.m. on June 5, 2008.

By: /s/*Peggy A. Michael*

6326395v1 889407