IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORRI POE,<br><br>       Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>       Defendant. | NOTICE OF VOLUNTARY DISMISSAL<br><br>Case No. 08-cv-2686<br><br>**Judge Guzman**<br><br>**Magistrate Judge Schenkier** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Lorri Poe hereby dismisses Defendant Healthcare Revenue Recovery Group, LLC with prejudice and states the following in support:

1. Plaintiff filed her Complaint on May 9, 2008. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Lorri Poe hereby dismisses Defendant Healthcare Revenue Recovery Group, LLC with prejudice to Federal Rule of Civil Procedure 41(a)(1)(i).

July 8, 2008                        s/ Craig M. Shapiro
                                        Craig M. Shapiro
                                        O. Randolph Bragg
                                        HORWITZ, HORWITZ & ASSOCIATES, LTD..
                                        25 East Washington Street Suite 900
                                        Chicago, Illinois 60602
                                        (312) 372-8822
                                        (312) 372-1673  (Facsimile)

                                        ATTORNEYS FOR PLAINTIFF