**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lorri Poe
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−02686
                                        Honorable Ronald A. Guzman

Healthcare Revenue Recovery Group, LLC
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff having filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) this action is hereby dismissed with prejudice.. Each party will bear its own attorneys fees and costs. Any pending motions or schedules in this case are stricken as moot.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.